Decided July 16, 2004

## STATE OF CONNECTICUT *v.* GREGORY PIERRE

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 28 (AC 24225), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the admission by the trial court of a codefendant's statement pursuant to *State* v. *Whelan*, 200 Conn. 743, 513 A.2d 86, cert. denied, 479 U.S. 994, 107 S. Ct. 597, 93 L. Ed. 2d 598 (1986), did not violate *Whelan*'s requirement of personal knowledge, satisfied the adoptive admission and dual inculpatory statement rules, and did not abridge the defendant's state and federal rights to confrontation?"

The Supreme Court docket number is SC 17227.

*Jeremiah Donovan*, special public defender, and *William T. Koch, Jr.*, special public defender, in support of the petition.

*Peter A. McShane*, senior assistant state's attorney, in opposition.

Decided July 16, 2004